

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:  01-18-00167-CV

Trial Court Cause
Number:  1093378

Style:  Wayne Myers

**v** Pennymac Corp.

Date motion filed*:  September 6, 2018

Type of motion:  Motion for Consolidation of Appeals

Party filing motion:  Appellant

Document to be filed:

Is appeal accelerated? ☐ YES  ☒ NO

Ordered that motion is:

☐ Granted

　　　If document is to be filed, document due:

　　　☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s**/**  Sherry Radack
　　　☒ Acting individually　　☐ Acting for the Court

Date: September 20, 2018